IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

```
CLERKS OFFICE U.S. DIST. COURT
       AT ABINGDON, VA
            FILED
        March 31, 2025
    LAURA A. AUSTIN, CLERK
    BY: s/ FELICIA CLARK
          DEPUTY CLERK
```

| | |
|---|---|
| CLINTON MARTIN, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:23CV00029 |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| SUMMIT ENVIRONMENTAL ) | JUDGE JAMES P. JONES |
| SERVICES, LLC, and JOE EVANS, ) | |
| ) | |
| Defendant. ) | |

The defendants' Renewed Motion for Summary Judgment, ECF No. 44, and initial Motion for Summary Judgment, ECF No. 29, having been granted, final judgment is entered in favor of the defendants.

The Clerk shall close the case.

ENTER: March 31, 2025

/s/ JAMES P. JONES
Senior United States District Judge